IN THE UNITED STATES DISTRICT COURT
FOR THE __EASTERN__ DISTRICT OF TEXAS
__TYLER__ DIVISION

__RANDALL ALLAN COUNTS__
Plaintiff's name and ID Number

__Michael Unit__

Place of Confinement

CASE NO. __6:23-cv-295__
(Clerk will assign the number)

V.

__BOBBY LUMPKIN__
__KEN PAXTON__
Defendant's name and address

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __Randall Counts__, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment?           Yes ☐   No ☑
   b. Rent payments, interest or dividends?                    Yes ☐   No ☑
   c. Pensions, annuities or life insurance payments?          Yes ☐   No ☑
   d. Gifts or inheritances?                                   Yes ☐   No ☑
   e. Family or friends?                                       Yes ☐   No ☑
   f. Any other sources?                                       Yes ☐   No ☑

   If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _____
   _____

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?           Yes ☐   No ☑

   If you answered **YES** to any of the questions above, state the total value of the items owned.

   _____
   _____

☆ATCIFP (REV. 9/02)

3. Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐        No ☑

If you answered YES, describe the property and state its approximate value.

_____
_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the ___07___ day of __June__, 20 _23_.

___Randall Counts___     ___1420403___
Signature of Plaintiff              ID Number


**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

☆ATCIFP (REV. 9/02)